JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HONG WEIYAN,<br><br>    Defendant. | CR No. 08-70326 BZ<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 |

    On July 7, 2008, the parties in this case appeared before the Court for a status conference. At that time, the parties requested, and the Court agreed, to set the defendant's preliminary hearing or arraignment on July 24, 2008. The parties stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from

/ /

/ /

Stipulation and [Proposed] Order Excluding Time
CR 08-70326 BZ      1

1  July 7, 2008 through July 24, 2008.  The parties agreed that, taking into account the public
2  interest in prompt disposition of criminal cases, good cause existed for this extension.
3
4  SO STIPULATED:
5
6                                                                    JOSEPH P. RUSSONIELLO
                                                                      United States Attorney
7
8  DATED: July 8, 2008                                  _____/s/_____
                                                                      TAREK J. HELOU
9                                                                     Assistant United States Attorney
10
11 DATED: July 8, 2008                                  _____/s/_____
                                                                      RONALD TYLER
12                                                                    Attorney for Defendant Hong Weiyan
13
14     For the reasons stated above, the Court finds that exclusion of time from July 7, 2008 through
15 July 24, 2008 is warranted and that the ends of justice served by the continuance outweigh the
16 best interests of the public and the defendant in a speedy trial.  FRCP 5.1(d).
17
18 SO ORDERED.
19
20 DATED:_____                               _____
                                                                      THE HONORABLE NANDOR J. VADAS
21                                                                    United States Magistrate Judge
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Excluding Time
CR 08-70326 BZ                                                                                              2